IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01018-KAS

EMMANUIL MANOUKIAN,

    Petitioner,

v.

WARDEN, Aurora Detention Center, and
FIELD OFFICE DIRECTOR, Immigration and Customs Enforcement, Denver Field Office,

    Respondents.
_____

### ORDER ON PETITION FOR WRIT OF HABEAS CORPUS
_____

    This matter is before the Court on Emmanuil Manoukian's Petition for Writ of Habeas Corpus [#1] following an evidentiary hearing the Court held on October 1, 2025. As stated in its oral ruling from the bench, the Court finds that Mr. Manoukian's continued detention violates the Due Process Clause; 8 U.S.C. § 1231(a)(3); and 8 C.F.R. § 241.4(f) and related regulations. Accordingly,

    IT IS **ORDERED** that Mr. Manoukian's Petition [#1] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Respondent release Mr. Manoukian from detention on an Order of Supervision pursuant to 8 U.S.C. § 1231(a)(3).

    IT IS FURTHER **ORDERED** that the parties file a **Joint Status Report by November 3, 2025**, updating the Court on the Respondent's compliance with this Order;

    IT IS FURTHER **ORDERED** that, pursuant to 28 U.S.C. § 2412(d)(1), Mr. Manoukian shall, within 30 days of final judgment in the action, submit to the court an application for fees and other expenses which shows that Mr. Manoukian is the prevailing party and is eligible to receive an award under that statutory provision; and

    IT IS FURTHER **ORDERED** that the Court shall retain jurisdiction of this matter to enforce compliance with this Order.

    Dated: October 2, 2025                                                     BY THE COURT:

Kathryn A. Starnella
United States Magistrate Judge