IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01018-KAS

EMMANUIL MANOUKIAN,

    Petitioner,

v.

WARDEN, and
FIELD OFFICE OF DIRECTOR,

    Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order (ECF No. 19) of Magistrate Judge Kathryn A. Starnella entered on October 2, 2025, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) is granted.   It is

IT IS FURTHER **ORDERED** that the Respondent release Mr. Manoukian from detention on an Order of Supervision pursuant to 8 U.S.C. § 1231(a)(3).

IT IS FURTHER **ORDERED** that the parties file a **Joint Status Report by November 3, 2025**, updating the Court on the Respondent's compliance with this Order;

IT IS FURTHER **ORDERED** that, pursuant to 28 U.S.C. § 2412(d)(1), Mr. Manoukian shall, within 30 days of final judgment in the action, submit to the court an

application for fees and other expenses which shows that Mr. Manoukian is the prevailing party and is eligible to receive an award under that statutory provision; and

Dated at Denver, Colorado this 3rd day of October, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/L. Galera, Deputy Clerk